O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERGERE, individually and dba 3D BOOKS AND COLLECTIBLES,<br><br>           Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS LLC,<br><br>           Defendant. | Case No. EDCV 14-01687 DDP (SPx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Dkt. No. 9] |

    Presently before the court is Defendant Charter Communications, LLC's Motion to Dismiss. Plaintiff has not opposed the motion. Accordingly, the court GRANTS Defendant's Motion to Dismiss and adopts the following order.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

1    The hearing on Defendant's motion was noticed for September
2 22, 2014.  Plaintiff's opposition was therefore due by September 2,
3 2014.[1]  As of the date of this Order, Plaintiff has not filed an
4 opposition or any other filing that could be construed as a request
5 for a continuance.  Accordingly, the court deems Plaintiff's
6 failure to oppose as consent to granting the motion to dismiss, and
7 GRANTS the motion.  Plaintiff's Complaint is DISMISSED.

10   IT IS SO ORDERED.

13   Dated: September 4, 2014

            DEAN D. PREGERSON
            United States District Judge

---

[1] September 1, 2014 was a legal holiday.  See Fed. R. Civ. P. 6(a).

2